

**Service of Process Transmittal**
03/14/2018
CT Log Number 532964818

| | |
|---|---|
| **TO:** | Dominique Suite<br>American Express General Counsel's Office<br>Card Member & Merchant Litigation, 1801 NW 66th Avenue<br>Mail code: FL05-03-58<br>Plantation, FL 33313 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | American Express Travel Related Services Company, Inc.  (Domestic State: NY) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Evelyn Mejia, Pltf. vs. American Express Travel Related Services Company, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 201801978 |
| **NATURE OF ACTION:** | Plaintiff received a text message advertisement to her cellular telephone from Defendant - this text message advertisement was a solicitation encouraging the Plaintiff to purchase goods and services |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/14/2018 at 08:48 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Roberto Luis Costales<br>Beaumont Costales LLC<br>3801 Canal Street<br>Suite 207<br>New Orleans, LA 70119<br>504-534-5005 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/15/2018, Expected Purge Date: 03/20/2018<br><br>Image SOP<br><br>Email Notification,  Dominique Suite  dominique.t.suite@aexp.com<br><br>Email Notification,  Gabriela Sanchez  Gabriela.Sanchez1@aexp.com<br><br>Email Notification,  Christie Manzi  Christie.M.Manzi@aexp.com<br><br>Email Notification,  Michelle Bell  michelle.t.bell@aexp.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |

EXHIBIT A

Page 1 of  1 / PR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME: Beaumont, William H 33005
AND ADDRESS: 3801 Canal Street, Suite 207, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-01978 | DIVISION: I | SECTION: 14 |
|---|---|---|

### MEJIA, EVELYN

### Versus

### AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

### CITATION

TO: AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
THROUGH: ITS REGISTERED AGENT: C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 5, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by *Celeste Hunter*
Celeste Hunter, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | ON AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
| THROUGH: ITS REGISTERED AGENT: C T CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT: C T CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER        RETURN | _____ No. _____ |
| / / | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9861379          Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-1978　　　　　　　　　　　　　　　　DIVISION " " I-14

EVELYN MEJIA

VERSUS

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

FILED:_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **EVELYN MEJIA**, a person of the full age of majority and resident of Orleans Parish, Louisiana, who respectfully states as follows:

I.

Made defendant herein is:

a. **AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.**, a domestic corporation licensed to do and doing business in the State of Louisiana. Defendant does business under the trade name "Plenti."

II.

Jurisdiction is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about October 19, 2017, plaintiff, **EVELYN MEJIA**, received a text message advertisement to her cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods and services.

V.

Specifically, Defendant send Plaintiff the following text message: "Winn Dixie + Plenti: Click to finish registering and be eligible to use points for savings." Defendant also included a link

1

to its website in the text message. Defendant sent Plaintiff similar text messages on October 22, 2017 and October 25, 2017.

VI.

During the calendar week of October 19, 2017, Plaintiff received 3 text messages from Defendant.

VII.

Plaintiff had not requested, nor expressly consented in writing, to receive more than one text message per week from Winn-Dixie. Moreover, Plaintiff had not requested, nor expressly consented in writing, to receive any text messages from Defendant.

VIII.

Defendant's text message advertisements were not addressed to Plaintiff by name, were written in an impersonal manner, and were sent using SMS short code number 956-14.

IX.

Defendant's text message advertisement was sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and her claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Defendant seeks for herself and all consumers all statutory damages, including treble, available under the law.

### XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

**WHEREFORE**, the aforesaid premises considered, Plaintiff prays that Defendant, **AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. Plaintiff requests a jury trial.

Respectfully submitted:

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.**
Through Registered Agent:

C T CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA