| **Tom Schedler**<br>Secretary of State | State of Louisiana Secretary of State<br> | **COMMERCIAL DIVISION**<br>225.925.4704<br><br>**Fax Numbers**<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |
|---|---|---|

| Name | Type | City | Status |
|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | Business Corporation (Non-Louisiana) | NEW YORK | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
| **Charter Number:** | 33938330F |
| **Registration Date:** | 9/8/1982 |

**Domicile Address**
200 VESEY STREET
NEW YORK, NY 10285

**Mailing Address**
200 VESEY STREET
NEW YORK, NY 10285

**Principal Business Office**
200 VESEY STREET
NEW YORK, NY 10285

**Registered Office in Louisiana**
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
601 POYDRAS STREET
NEW ORLEANS, LA 70130

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 9/8/1982 |
| **Last Report Filed:** | 8/15/2017 |
| **Type:** | Business Corporation (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | C T CORPORATION SYSTEM |
| **Address 1:** | 3867 PLAZA TOWER DR. |

EXHIBIT B

| | |
|---|---|
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 6/25/1992 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| Officer: | KENNETH I CHENAULT |
| Title: | President, Director |
| Address 1: | 200 VESEY STREET |
| City, State, Zip: | NEW YORK, NY 10285 |

| | |
|---|---|
| Officer: | CAROL V. SCHWARTZ |
| Title: | Secretary |
| Address 1: | 200 VESEY STREET |
| City, State, Zip: | NEW YORK, NY 10285 |

| | |
|---|---|
| Officer: | DAVID L. YOWAN |
| Title: | Treasurer, Director |
| Address 1: | 200 VESEY STREET |
| City, State, Zip: | NEW YORK, NY 10285 |

| | |
|---|---|
| Officer: | TIMOTHY J. HEINE |
| Title: | Director |
| Address 1: | 200 VESEY STREET |
| City, State, Zip: | NEW YORK, NY 10285 |

## Mergers (4)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|
| 5/8/1998 | 5/8/1998 | MERGE | 33938330F | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | SURVIVOR |
| | | | 34377030F | LIFECO SERVICES CORPORATION | NON-SURVIVOR |
| 2/3/2003 | 2/3/2003 | MERGE | 33938330F | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | SURVIVOR |
| | | | 34519351F | AMERICAN EXPRESS SERVICE CORPORATION | NON-SURVIVOR |
| 5/11/2006 | 5/11/2006 | MERGE | 33938330F | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | SURVIVOR |
| | | | 34210384F | ROSENBLUTH INTERNATIONAL, INC. | NON-SURVIVOR |
| 4/4/2012 | 4/4/2012 | MERGE | 33938330F | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | SURVIVOR |
| | | | 34977201F | ROSPER INC. | NON-SURVIVOR |

## Amendments on File (8)

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 6/25/1992 |

| | |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 2/1/1993 |
| Merger | 5/8/1998 |
| Merger | 2/3/2003 |
| Merger | 5/11/2006 |
| Stmt of Chg or Chg Prin Bus Off | 1/29/2008 |
| Merger | 4/4/2012 |
| Stmt of Chg or Chg Prin Bus Off | 10/18/2015 |

**Print**