UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN MEJIA,** | * | CIVIL ACTION NO. 2:18-cv-03415 |
| | * | |
| Plaintiff, | * | JUDGE JAY C. ZAINEY |
| | * | |
| VERSUS | * | MAGISTRATE JANICE VAN |
| | * | MEERVELD |
| | * | |
| **AMERICAN EXPRESS TRAVEL RELATED** | * | |
| **SERVICES COMPANY, INC.** | * | |
| | * | |
| Defendant. | * | |

*********************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Evelyn Mejia and defendant American Express Travel Related Services Company, Inc., who respectfully submit to this Honorable Court that they wish to dismiss this matter with prejudice, each side to bear its own costs, as this matter has been amicably resolved.

Respectfully submitted, this 7th day of November, 2018.

| | |
|---|---|
| **McGLINCHEY STAFFORD, PLLC** | **BEAUMONT COSTALES LLC** |
| | |
| *s/Melissa H. Harris* | */s/Jonathan Mille Kirkland* |
| **Daniel T. Plunkett, T.A.** (# 21822) | **Roberto Luis Costales** (#33696) |
| **Melissa H. Harris** (# 33573) | **William H. Beaumont** (#33005) |
| Pan American Life Center | **Jonathan Mille Kirkland** (#37937) |
| 601 Poydras Street, 12th Floor | 3801 Canal Street, Suite 207 |
| New Orleans, LA  70130 | New Orleans, LA 70119 |
| Phone (504) 586-1200 | Telephone: (504) 534-5005 |
| Facsimile (504) 596-2800 | Facsimile: (504) 272-2956 |
| E-Mail: dplunkett@mcglinchey.com | *Attorneys for Plaintiff* |
| mharris@mcglinchey.com | |
| *Attorneys for Defendant American Express Travel Related Services Company, Inc.* | |

2186143.1

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

                                              *s/Melissa H. Harris*
                                              MELISSA H. HARRIS

2186143.1