UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN MEJIA,** | * | **CIVIL ACTION NO. 2:18-cv-03415** |
| | * | |
| Plaintiff, | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JANICE VAN MEERVELD** |
| | * | |
| **AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.** | * | |
| | * | |
| Defendant. | * | |

*********************************************

## JUDGMENT OF DISMISSAL

Considering the above Joint Motion for Dismissal, and the Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims brought herein are dismissed with prejudice, each side to bear their own costs..

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court will retain jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, this __7th__ day of __November__, 2018.

_____
JUDGE, U.S. DISTRICT COURT